UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF ALABAMA

IN RE: PAMELA ANN GUY,      *
                                *
           Debtors      *     Case No.: 14-04077-WSS-13

## SUMMARY OF AMENDMENTS TO CHAPTER 13 PLAN

COMES NOW the Debtor, Pamela Ann Guy, by and through her undersigned counsel, and hereby amends the Chapter 13 Plan filed on or about December 16, 2014 as follows:

1. Changes plan as to Ally Financial in the following; as to the 2013 Kia Forte, the value is $21,296.34 at 5%, pre-confirmation adequate protection shall be $200.00, the alternate monthly payment shall be $200.00 and the §1325(a)(5) payment shall be $405.00 per month.

2. Changes plan as to Navigator Credit Union in the following; as to the 2007 Jeep Wrangler, the value is $18,925.59 at 5%, pre-confirmation adequate protection shall be $230.00 the alternate monthly payment shall be $230.00 and the §1325(a)(5) payment shall be $377.12 per month.

3. As to Southern Lease Management, based on the plan the lease is rejected and based on consent Automatic Stay is terminated.

Respectfully Submitted,

s/Marcus E. McCrory
Marcus E. McCrory
Attorney for Debtor
166 Government St. Ste. 110
Mobile, AL 36602
(251) 433-0730