UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:  CASE NO. 14-04077-WSS-13
PAMEA ANN GUY

    DEBTOR

## TRUSTEE'S MOTION TO DISMISS

DANIEL O'BRIEN TRUSTEE, Trustee in this Chapter 13 proceeding, respectfully reports the following:

1. The Debtor's proposed plan requires monthly payments in the amount of $850.00. To date, the debtor should have paid $5,100.00. The Debtor has paid $1,700.00 to date, causing a delinquency of $3,400.00.
2. Based on the Trustee's calculation, it will take $939.00 per month to complete the plan. The claims filed and the Debtor's schedules indicate that this plan is not feasible as contemplated by 11 U.S.C. 1335.

WHEREFORE, the undersigned moves for an order dismissing the proceedings with a 90 day injunction, or in the alternative, the Debtor will sign the attached consent form, make a payment in the amount stated on the consent form and return to the Trustee within 21 (twenty one) days from the date of this motion.

DATED: June 29, 2015  /s/ DANIEL O'BRIEN TRUSTEE
  DANIEL O'BRIEN TRUSTEE
  CHAPTER 13 TRUSTEE

| **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING** |
|---|
| The Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a written objection within 21 (twenty one) days of service of this motion. If an objection or consent order is not filed within the time permitted, the Court will assume that you do not oppose the granting of the motion, will consider the motion without a hearing, or may grant the relief requested in this motion. If the attached consent order and payment is returned timely, no hearing will be held. If an objection to this motion is timely filed, this Court will hold a hearing at Courtroom 1, 201 St. Louis Street, Mobile, AL 36602 on 08/05/2015 at 8:30 am. |

## CERTIFICATE OF SERVICE

I certify that on June 29, 2015, I served a copy of the above motion to the parties listed below either electronically or by U.S. mail.

UNITED STATES BANKRUPTCY CLERK

PAMEA ANN GUY  MARCUS E. MCCRORY
10 Holly St North  166 GOVERNMENT ST STE 110
Mobile, AL 36695  MOBILE, AL 36602

  /s/ DANIEL O'BRIEN TRUSTEE
  DANIEL O'BRIEN TRUSTEE
  CHAPTER 13 TRUSTEE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:                                                                                                           CASE NO. 14-04077-WSS-13
   PAMEA ANN GUY

      DEBTOR

## CONSENT TO TRUSTEE'S MOTION TO DISMISS

    The Debtor in the referenced proceeding consent to the following action being taken as a result of the Motion to Dismiss filed by DANIEL O'BRIEN TRUSTEE, the Chapter 13 Trustee ("Trustee"), which is based upon the failure of the Debtor to make full, regular, and timely Chapter 13 plan payments as required by the Bankruptcy Code and as agreed to by the Debtor:

( )   The Debtor will begin making the increased payment of $939.00 per month. A payment must be mailed to the address below and be received by the Trustee within 21 days of signing this consent agreement or if ordered by the Court, payment to the Trustee is to be received by _____(date). **This case will be dismissed without further hearing unless payments are received as stated.** This consent agreement may be mailed along with your payment to the payment address below.

( )   The Debtor(s) shall file a motion to convert this case to Chapter 7 within 21 days of this order or the case will automatically be dismissed.

    **The Trustee shall notify the Court of any future default and the case shall be dismissed with the requested injunction period without further notice and/or hearing.**

_____
Debtor(s)

and/or

_____
Attorney for Debtor(s)

Date: _____

Mail money order or cashier's check and consent agreement to:

DANIEL O'BRIEN
CHAPTER 13 TRUSTEE
P.O. Box 1779
MEMPHIS TN 38101-1779

**ORDER**

**The Court hereby orders that the Trustee's motion to dismiss for failure to make plan payments is CONDITIONALLY DENIED per the consent agreement above.**

**DATE:** _____

_____
CHIEF U.S. BANKRUPTCY JUDGE