UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:  
    PAMEA ANN GUY

CASE NO. 14-04077-WSS-13

DEBTOR

## CONSENT TO TRUSTEE'S MOTION TO DISMISS

The Debtor in the referenced proceeding consent to the following action being taken as a result of the Motion to Dismiss filed by DANIEL O'BRIEN TRUSTEE, the Chapter 13 Trustee ("Trustee"), which is based upon the failure of the Debtor to make full, regular, and timely Chapter 13 plan payments as required by the Bankruptcy Code and as agreed to by the Debtor:

( ) The Debtor will begin making the increased payment of $939.00 per month. A payment must be mailed to the address below and be received by the Trustee within 21 days of signing this consent agreement or if ordered by the Court, payment to the Trustee is to be received by __8-5-15__ (date). **This case will be dismissed without further hearing unless payments are received as stated.** This consent agreement may be mailed along with your payment to the payment address below.

( ) The Debtor(s) shall file a motion to convert this case to Chapter 7 within 21 days of this order or the case will automatically be dismissed.

**The Trustee shall notify the Court of any future default and the case shall be dismissed with the requested injunction period without further notice and/or hearing.**

_____  
Debtor(s)

and/or

_____  
Attorney for Debtor(s)

Date: __7-16-15__

Mail money order or cashier's check and consent agreement to:

DANIEL O'BRIEN  
CHAPTER 13 TRUSTEE  
P.O. Box 1779  
MEMPHIS TN 38101-1779

---

**ORDER**

The Court hereby orders that the Trustee's motion to dismiss for failure to make plan payments is CONDITIONALLY DENIED per the consent agreement above.

DATE: __7/20/15__

/s/ William S. Shulman  
U.S. BANKRUPTCY JUDGE